**ORDERED in the Southern District of Florida on August 24, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

GEORGE ALLEN WEISS,

Debtor.
_____________________________________/

CASE NO. 25-16349-RAM
CHAPTER 11

GEORGE ALLEN WEISS

Plaintiff,

vs.

JEFFERIES STRATEGIC INVESTMENTS, LLC, et al.,

Defendants.
_____________________________________/

ADV. NO. 25-01260-RAM

**ORDER SETTING BRIEFING**
**DEADLINES AND HEARING BY VIDEO**
**CONFERENCE ON MOTION FOR PROTECTIVE ORDER**

The Court has reviewed George Allen Weiss' Motion for a Protective Order to Adjourn Depositions of Himself and Ms. Rachel Flax [DE# 63] (the "Motion for Protective Order") and determined that a hearing by video conference should be scheduled and deadlines imposed. Therefore, it is -

**ORDERED** as follows:

1. The Court will conduct a hearing on the Motion for Protective Order on **September 24, 2026**, at **3:00 p.m.** The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

2. For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark

3. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register for the video conference, click on the following link or manually enter the following link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduqrrTIsGwLENmZWZhscEHry3et9jXQ

4. The Defendants must file a response to the Motion for Protective Order no later than September 9, 2026.

5. The Plaintiff may file a response to his Motion for Protective Order no later than September 18, 2026.

###

COPIES TO:

Joshua W. Dobin, Esq.
Eric D. Jacobs, Esq.