**ORDERED in the Southern District of Florida on October 2, 2026.**

Robert A. Mark, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re:<br><br>GEORGE ALLEN WEISS,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-16349-RAM |
| GEORGE ALLEN WEISS,<br><br>Plaintiff,<br>vs.<br><br>JEFFERIES STRATEGIC INVESTMENTS, LLC and LEUCADIA ASSET MANAGEMENT HOLDINGS, LLC,<br><br>Defendants. | Adv. Proc. No. 25-01260-RAM |

**ORDER GRANTING IN PART GEORGE ALLEN WEISS' SECOND MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES SET FORTH IN THE ORDER SETTING FILING AND DISCLOSURE REQUIREMENTS FOR PRETRIAL AND TRIAL**

**THIS CAUSE** came before the Court for hearing on September 24, 2026, at 3:00 P.M., upon (1) *George Allen Weiss' Second Motion to Extend Certain Pretrial Deadlines Set Forth in the Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 61] (the "Second Motion") filed by George Allen Weiss ("Mr. Weiss"); and (2) *Jefferies Strategic Investments, LLC and Leucadia Asset Management Holdings LLC's Opposition to George Allen Weiss' Second Motion to Extend Certain Pretrial Deadlines Set Forth in the Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 75] (the "Opposition") filed by Jefferies Strategic Investments, LLC and Leucadia Asset Management Holdings LLC (together, the "Jefferies Entities"). The Court, having reviewed the file, the Second Motion, and the Opposition, having heard argument from counsel, and being otherwise advised in the premises finds that cause exists to grant the relief requested therein. Accordingly, it is

**ORDERED** as follows:

1. The Second Motion is **GRANTED IN PART** as set forth herein.

2. The end date of fact discovery is provisionally extended pending the Court's ruling on Mr. Weiss's Motion to Compel [ECF No. 39] and Motion for Protective Order [ECF No. 63].

3. The new fact discovery deadlines are shown below:

| Event | New Deadline |
|---|---|
| End date of fact discovery | October 23, 2026 |

4. The Court shall retain jurisdiction to enforce the terms of this Order.

###

**Submitted By and Copy to:**
Eric D. Jacobs, Esq.

**VENABLE LLP**
*Counsel for Debtor*
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: 305-349-2300
edjacobs@venable.com

*[Attorney Jacobs is directed to serve a conformed copy of this Order on all interested parties]*