**ORDERED in the Southern District of Florida on October 23, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re:<br><br>GEORGE ALLEN WEISS,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-16349-RAM |
| GEORGE ALLEN WEISS,<br><br>Plaintiff,<br>v.<br><br>JEFFERIES STRATEGIC INVESTMENTS, LLC and LEUCADIA ASSET MANAGEMENT HOLDINGS, LLC,<br><br>Defendants. | Adv. Proc. No. 25-01260-RAM |

**ORDER GRANTING GEORGE ALLEN WEISS'S UNOPPOSED FOURTH MOTION FOR CONTINUANCE UNDER ORDER SETTING FILING AND DISCLOSURE REQUIREMENTS FOR PRETRIAL AND TRIAL**

**THIS CAUSE** came before the Court without a hearing on George Allen Weiss's Unopposed Fourth Motion for Continuance Under Order Setting Filing and Disclosure Requirements for Pretrial and Trial (the "Motion") [ECF No. 78]. The Court, having reviewed the Motion, and having noted that there are no oppositions to the Motion, finds that cause exists to grant the relief requested therein. Accordingly, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The new dates for discovery and the case schedule are set forth as follows:

| Deadline | Old Dates | New Dates |
|---|---|---|
| End date of fact discovery | October 23, 2026 [ECF No. 76] | December 18, 2026 |
| Deadline for expert discovery | October 19, 2026 [ECF No. 44] | December 18, 2026 |
| Deadline to join additional parties and to move to amend pleadings | 14 days before Pretrial Conference [ECF No. 27] | 14 days before Pretrial Conference |
| Deadline for dispositive and other pretrial motions | September 30, 2026 [ECF No. 27] | 7 days before Pretrial Conference |
| Joint pretrial stipulation | Parties must meet not later than 14 days before the Pretrial Conference to confer on the preparation of a Joint Pretrial Stipulation.<br><br>Mr. Weiss must file the executed Joint Pretrial Stipulation no later than one business day before the Pretrial Conference. | Parties must meet not later than 14 days before the Pretrial Conference to confer on the preparation of a Joint Pretrial Stipulation.<br><br>Mr. Weiss must file the executed Joint Pretrial Stipulation no later than one business day before the Pretrial Conference. |
| Pretrial Conference | November 5, 2026 [ECF No. 27] | January 5, 2027 |

3. The Pretrial Conference is CONTINUED to January 5, 2027 @ 2:00 p.m. The Pretrial Conference will be conducted by video conference using the services of Zoom Video

Communications, Inc.

4. For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark.

5. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register for the video conference, click on the following link or manually enter the following link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduqrrTIsGwLENmZWZhscEHry3et9jXQ.

6. The remaining deadlines set forth in the Scheduling Order remain unchanged and in full force and effect.

7. The Court shall retain jurisdiction to enforce the terms of this Order.

###

**Submitted By and Copy to:**

Eric D. Jacobs, Esq.
**VENABLE LLP**
*Counsel for Debtor*
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: 305.349.2300
edjacobs@venable.com

*[Attorney Jacobs is directed to serve a conformed copy of this Order on all interested parties]*